# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

SCOTTIE HULVEY                          ]
    Plaintiff,                          ]
                           ]
v.                                      ]          No. 3:14-0408
                           ]          Judge Campbell
CHARLES CARPENTER, et al.               ]
    Defendants.                         ]

## O R D E R

By an order (Docket Entry No. 4) entered February 20, 2014, the Court denied plaintiff's

motion for the appointment of counsel (Docket Entry No. 3).

Since the entry of this order, the plaintiff has filed a motion (Docket Entry No. 8) to

reconsider that decision.

The plaintiff seeks an appointment of counsel because he is indigent and has no legal

training. These are circumstances common to most prisoner plaintiffs. Hence, the plaintiff has failed

to show the type of exceptional circumstances that would warrant an appointment of counsel.

Plaintiff's motion to reconsider, therefore, lacks merit and is DENIED.

It is so ORDERED.

                                        Todd Campbell
                                        United States District Judge