# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| SCOTTIE HULVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:14-cv-00408 |
| v. ) | Judge Campbell / Knowles |
| ) | |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTIONS AUTHORITIES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The pro se prisoner Plaintiff has sent a letter to Judge Campbell which seeks "permission to write up a motion for appointment of counsel . . . ." Docket No. 19. Plaintiff is advised that the Court typically does not respond to letters. If Plaintiff wishes to obtain relief from the Court, he must file an appropriate Motion pursuant to the Local Rules of Court, the Federal Rules of Civil Procedure, and applicable law. Additionally, Plaintiff is advised that he does not need permission to file a Motion for the appointment of counsel.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge