IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTTIE HULVEY )
)
v. ) NO. 3-14-0408
) JUDGE CAMPBELL
WARDEN CHARLES )
CARPENTER, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 86), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 73) is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE